United States District Court
For The District of Massachusetts

Anthony Mondrez Thompson          Case No.:
Petitioner

v.

Joseph D. McDonald Jr.
(Sheriff)
Gerald Pudolsky
(Special Sheriff)
Antone Moniz
(Superintendent)
JOHN DOE
Respondent

FILED IN CLERKS OFFICE
2021 AUG -2 AM 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

Petition For Writ Of Habeas Corpus
Under 28 U.S.C. sec. 2241(c)(1)(3)

The petition of Anthony Mondrez Thompson shows:

1) Petitioner, Anthony Mondrez Thompson, makes the application for a Writ of Habeas Corpus on the grounds that I am unlawfully detained and restrained of my liberty by Respondent's Joseph D. McDonald Jr. (Sheriff), Gerald Pudolsky (Special Sheriff), Antone Moniz (Special Sheriff)

and JOHN DOE in violation of United States Constitution Amendment V. Which states that: "No person shall be deprived of...liberty...Without Due Process of Law."

2). I am now in Coustody of Plymouth County Correctional Facility located at 26 Long Pond Road, Plymouth, MA 02360.

3) I do not Know the cause of my Detention and Restraint because I have never had any Agreement, Contract, or Contact with Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz, or JOHN DOE, and I have never made any promises to them or other(s) to which I am in breach of.

4). The Detention and Restraint are unlawful because United States Constitution Amendment V., it's Due Process Clause, recognizes and protects the Petitioner individual liberty interest and Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz, and JOHN DOE has the Petitioner in Custody Without a Claim and/or Judgment against Petitioner. "Due process of law secures to every person... A Judicial Trial before he can be Deprived of... liberty..." See Murray's Lessee v. Hoboken Land Improvement Co, 59 U.S. 272, 18 How. 272, 275, 280, 15 L.ed. 372 (1856). And because Petitioner has a "classic, Private, unalienable, absolute,

right-liberty-, "Wellness, 575 U.S., at 135 S. Ct. 1932, 191 L. Ed. 2d 911, 946; involves "The liability of one individual to another under the law as defined, "See Stern v. Marshall, 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011); quoting Crowell v. Benson, 285 U.S. 22, 50, 51, 52, S. Ct. 285, 76 L. Ed. 598 (1932); and is not dependent upon the will of Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz; He or they must by law, establish for the record and on the record my liability to them, before the Respondent(s) liability to them, before the Petitioner can be deprived of his classic, private, unalienable, absolute, right-liberty. There is no record in any court of Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz; JOHN DOE having a claim against me and obtaining a judgment thereon.

5). Absent authority to detain the Petitioner, Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz, and JOHN DOE are presently depriving me of my classic, private, unalienable, absolute, right-liberty- absent a Judicial Trial during which they obtained a Judgment against the Petitioner. I, Anthony Mondrez Thompson, am in custody of Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz, and JOHN DOE, in violation of United States Constitution Amendment V.

## Prayer

For the reasons just stated I, Anthony Mondrez Thompson, pray that:

A). This Court issue a Writ of Habeas Corpus commanding Joseph D. McDonald Jr., Gerald Pudolsky, Antone Moniz, and JOHN DOE Respondent(s) to produce the body of Anthony Mondrez Thompson before this Honorable Court at a time and place to be specified in a Writ;

B). This Court conduct a hearing and inquiry into the cause of my detention; and

C). Following the hearing, I, Anthony Mondrez Thompson, be Ordered discharge from the Detention and Restraint in this application

Date: 7-23-21

Respectfully Submitted,
Anthony Mondrez Thompson
Anthony Mondrez Thompson

I, Anthony Mondrez Thompson, declare under penalty of perjury that I have read this petition and that it's contents are true and correct to the best of my knowledge.

Respectfully Submitted,

Anthony Mondrez Thompson

Anthony Mondrez Thompson